CSD 1182
Name, Address, Telephone No. & I.D. No.
Michael G. Doan, #175649
DOAN, LEVINSON, & LILJEGREN, LLP
2850 Pio Pico Drive #D
Carlsbad, CA  92008
(760) 450-3333
FAX (760) 720-6082
mike@dllfirm.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>Antoinette  Dumont<br><br><div align="right">Debtor.</div> | BANKRUPTCY NO.  06-00980 |
| <div align="right">Plaintiff(s)</div> | ADVERSARY NO. |
| v.<br><br><div align="right">Defendants(s)</div> | |

**NOTICE OF MOTION TO REOPEN A CASE PURSUANT TO 11 USC 350(b)**


TO:  Richard Kipperman and Ford Credit

You are herewith served with the attached Motion  by the Debtor(s)

to Reopen the Bankruptcy Case pursuant to 11 USC 350(b) in order to afford relief pursuant to 11 USC 524 Discharge,



and any accompanying declarations.

If you object to the Court granting the relief requested in the Motion:

1.      **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case.  *If a Chapter 7, 11, or 12 case*, determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice.  If the case number is followed by the letter:

| | | | | | |
|---|---|---|---|---|---|
| - | M | - | call (619) 557-6019 | - | DEPARTMENT ONE (Room 218) |
| - | A | - | call (619) 557-6594 | - | DEPARTMENT TWO (Room 118) |
| - | H | - | call (619) 557-6018 | - | DEPARTMENT THREE (Room 129) |
| - | B | - | call (619) 557-5157 | - | DEPARTMENT FOUR (Room 328) |

*For ALL Chapter 13 cases,* call (619) 557-5955.

2.      **WITHIN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE OF THE MOTION**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers.  The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

---

[1]If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

[2]You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1182

CSD 1182

      a.        identify the interest of the opposing party; and

      b.        state, with particularity, the grounds for the opposition.

3.    **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 14-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED: November 15, 2006

                               /s ecf Michael G. Doan
                                      Attorney for Moving Party

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on  November 15, 2006 , I served a true copy of the within NOTICE OF MOTION by [describe here mode of service]

US MAIL

on the following persons [set forth name and address of each person served] and/or as checked below:

[   ] Attorney for Debtor (if required):

Richard Kipperman
Corporate Management
PO Box 3939 La Mesa CA 91944-3939

Ford Credit, PO Box 239801, Las Vegas, NV 89123

Keith Herron, 10201 Mission Gorge Road Suite J, Santee, CA  92071

| [x] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   11/15/6               /s ecf Angelica Gonzalez
        (Date)                         (Typed Name and Signature)

                                       2850 Pio Pico Drive #D
                                       (Address)

                                       Carlsbad, CA  9208              (City, State, ZIP Code)

CSD 1182